Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Sharon Sue Lynch | ) Chapter 13 )  ) Case No.: 8:11-bk-22344-TA )  ) **NOTICE OF UNCLAIMED DIVIDEND** ) **(Bankruptcy Rule 3011)** )  )  )  ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302439** in the sum of **$1,457.05** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

Sharon Sue Lynch
6157 N FIGARDEN DRIVE
#102
FRESNO, CA 93722

Date: September 19, 2016          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1122344 | Sharon Sue Lynch | XXX-XX-6125 | 1,457.05 | 0.00 | 1,457.05 |
| | ACCT: | Claim: 00000 | | | |
| | | TOTALS | 1,457.05 | 0.00 | 1,457.05 |

Sharon Sue Lynch

BALANCE: [0.00 104/00000]
SSN: XXX-XX-6125    SSN:
ACCT:    CASE: 1122344
PRINCIPAL:    1,457.05    INTEREST:    0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0302439

Sep 12, 2016

VOID 90 DAYS FROM DATE

*****$1,457.05

PAY   One Thousand Four Hundred Fifty Seven And 05 / 100 Dollars

TO THE
ORDER OF   U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0302439⑆ ⑈061100790⑈ 000000575186 2⑆

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.