Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Sharon Sue Lynch | ) Chapter 13 <br> ) <br> ) Case No.: 8:11-bk-22344-TA <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302440** in the sum of **$200.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

Sharon Sue Lynch
6157 N FIGARDEN DRIVE
#102
FRESNO, CA 93722

Date: September 19, 2016        __/S/_____
                                 Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1122344 | Sharon Sue Lynch | XXX-XX-6125 | 200.00 | 0.00 | 200.00 |
| | ACCT: | Claim: 00000 | | | |
| | | TOTALS | 200.00 | 0.00 | 200.00 |

Sharon Sue Lynch

BALANCE:           [0.00 104/00000]
SSN: XXX-XX-6125   SSN:
ACCT:              CASE: 1122344
PRINCIPAL:   200.00   INTEREST:   0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79/611

0302440

Sep 12, 2016

VOID 90 DAYS FROM DATE

*******$200.00

PAY   Two Hundred And 00 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0302440⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.